# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00300-CV

**SSC Wimberly Operating Company, LP; and San Marcos Nursing
and Rehab Center, Inc., Appellants**

**v.**

**Texas Department of Aging and Disability Services; and Adelaide Horn,
Individually and in her Official Capacity as Commissioner of The Texas
Department of Aging and Disability Services, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-08-002661, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellants have filed a motion to dismiss the instant appeal because the district court's order granting summary judgment does not dispose of all parties and all issues and, therefore, is not ripe for appeal. Appellees have filed a response in opposition. Our review of the trial court's judgment underlying this appeal confirms that it is not a final judgment because it does not dispose of all parties. We therefore grant the appellants' motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   August 20, 2009